No. 1048. FRIEDLANDER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *H. David Rothman* for petitioner. *Solicitor General Griswold* for the United States.

No. 1056. SCHERR ET AL. *v.* UNIVERSAL MATCH CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Herbert Kanon* for petitioners. *Edwin J. Jacob* for Universal Match Corp., and *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Morton Hollander* for the United States, respondents.

No. 1103. AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION & INDEMNITY ASSN., INC. *v.* LIMAN, TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. Certiorari denied. *Louis J. Gusmano* and *Charles N. Fiddler* for petitioner. *Ambrose Doskow* for respondent.

No. 736. BOUNDS, COMMISSIONER OF CORRECTION *v.* CRAWFORD. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Robert Morgan,* Attorney General of North Carolina, *Jacob L. Safron* and *Andrew A. Vanore, Jr.,* for petitioner. *Daniel H. Pollitt* and *William W. Van Alstyne* for respondent.

No. 762. UNITED STATES *v.* HIETT. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE WHITE are of the opinion that certiorari should be granted. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States. *Joseph A. Calamia* for respondent.